# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Nubai Ventures Inc.

_Ben S. Martin_

Write the full name of each plaintiff.

**23 CV 9204**

_____CV_____
(Include case number if one has been assigned)

-against-

Outbrain Inc. and David Kostman and Yaron Galai

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☑ **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Computer Fraud and Abuse Act (CFAA)

Federal Trade Commission Act (FTCA)

The Racketeer Influenced and Corrupt Organizations Act (RICO)

28 U.S.C 1331

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , Nubai Ventures Inc._____ , is a citizen of the State of
(Plaintiff's name)

Florida
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **David Kostman**, is a citizen of the State of
(Defendant's name)

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Oubrain Inc.**, is incorporated under the laws of

the State of **Delaware**

and has its principal place of business in the State of **New York, New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **New York, New York**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Nubai Ventures Inc
_____
First Name                Middle Initial          Last Name

Wells Fargo Plaza 333 SE 2nd Avenue
_____
Street Address

#2000                                FL                    33131
_____
County, City                        State               Zip Code

(305)350-0726                     jmartin@moguldom.com
_____
Telephone Number                  Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Outbrain | Inc. |
|----------|------|
| First Name | Last Name |

Company

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| 111 West 19th Street, 3rd Floor | New York | 10011 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| Yaron | Galai |
|-------|-------|
| First Name | Last Name |

Co-CEO

Current Job Title (or other identifying information)

111 West 19th Street, 3rd Floor

Current Work Address (or other address where defendant may be served)

| New York | NY | 10011 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| David | Kostman |
|-------|---------|
| First Name | Last Name |

Co-CEO

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| 11 West 19th Street, 3rd Floor | NY | 10011 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

| First Name | Last Name |
|---|---|

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |
|---|---|---|

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York, New York

Date(s) of occurrence:  12/1/2022-10/16/2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On January 12, 2023, Nubai Ventures, the proprietor of Moguldom.com, was formally alerted by iOne Digital, an affiliate of Urban One (NASDAQ: UONEK), regarding the presence of fraudulent bot traffic, termed as sophisticated invalid traffic (SIVT), on their platform.This concern was not isolated, as iOne Digital emailed Nubai Ventures several times, expressing intentions to scale back advertising campaigns on Moguldom.com due to these issues. iOne Digital's alert originated from concerns related to potential risks this posed to their Fortune 500 advertisers on Moguldom.com.

In response, Nubai Ventures engaged Escalated.io, a reputed forensic tool in the digital advertising space. Analysis from Escalated.io conclusively revealed that a staggering 90% of this SIVT originated from Outbrain.  Even more concerning, some traffic sources from Outbrain were consistently marked by Escalated.io as exhibiting over 70% SIVT, magnitudes higher than the industry's acceptable threshold of 3%.Email communications with Outbrain's representative, Mr. Omer Geva, unveiled a concerning two-tier system.

Outbrain seemingly categorizes websites based on traffic quality, potentially allocating superior traffic to renowned clients like CNN and the Washington Post, and relegating sites like Moguldom to receive low-quality, high-risk traffic. Outbrain's awareness of these varying risk profiles, and its decision to not inform clients, is deeply troubling. Upon confronting Outbrain with these findings, they initiated an internal inquiry, subsequently acknowledging the fraudulent bot traffic and offering a compensatory credit.

(Statement of Facts Continued)

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Lost advertising revenue, severe reputational damage, impairment of business enterprise value and future prospects.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Three million and one hundred thousand dollars.

**Statement of Facts (Continued)**

From 2018 to 2023, Nubai Ventures' association with Outbrain involved an investment exceeding $1 million. Before the SIVT issue, Moguldom.com had seen its revenue and traffic soar by over 200% from 2020 through 2022, with 2022 heralding their first profitable year. The SIVT issue, however, reversed this growth, with an 80% plummet in 2023.In the backdrop of these developments, Nubai Ventures was negotiating a strategic investment and better advertising terms with Urban One. The SIVT issue and declining traffic influenced iOne Digital's decision to retract from any commitments.Crucially, the evidence is incontestable. Forensic data aligns the SIVT issue directly with Outbrain. This isn't a mere coincidence but a pronounced causation, making Outbrain the prime agent responsible for jeopardizing Nubai Ventures' financial health and reputation. The evidence undeniably establishes Outbrain's pivotal role in causing substantial harm to Nubai Ventures.

Plaintiff believes the evidence and discovery will show that Outbrain is acutely aware of a systematic problem with fraudulent bot traffic and possesses a profit-driven incentive to turn a blind eye. This malpractice exposes their loyal clientele to undue risks and has severely tarnished the potential and reputation of Nubai Ventures. For a Black-owned digital media entity like Nubai Ventures, being entangled with fraudulent bot activity has proven devastatingly destructive.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/17/2023 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Ben | J | Martin |
| First Name | Middle Initial | Last Name |
| Wells Fargo Plaza,  333 SE 2nd Ave #2000 | | |
| Street Address | | |
| Miami | FL | 33131 |
| County, City | State | Zip Code |
| (786) 871-3300 | jmartin@moguldom.com | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**Additional Defendant**

The defendant, Yaron Galai, is a citizen of the State of New York.

**Exhibit A**

January 16th data report from Assertive Yield/Escalatedl showing 100% SIVT with reliable sample size of 117, 056 impressions Outbrain widget ID #000ae0faf97d252155b194c8050d88d276. Data also shows Outbrain traffic at extreme levels of 32% SIVT and 36% IVT.

**Exhibit B**

Email thread between Nubai Ventures executive and Outbrain's Omer Geva. Executive points out SIVT and Omer acknowledges and states he has blocked "underperforming sources causing your high SIVT rate." Omer Geva offers marketing credit and compensation. Omer defends Outbrain by suggesting there is a "whitelist. On March 1, 2023, while Outbrain and Nubai had a working relationship, Nubai executive responded "It shouldn't be "select Fox News or CNN or you get high SIVT. " If that's the case, there should be disclaimer like on cigarette packages. How would a publisher know before buying product "beware, buy at your own risk, high SIVT" without a disclaimer?"

Outbrain acknowledges the issue after an internal investigation.

**Exhibit C**

Email showing primary strategic advertising partner iOneDigital sends email on January 12, flagging high SIVT for first time.

**Exhibit D**

After strategic investment talks with Urban One CEO (**NASDAQ:UONE.K**) and iOne Digital failed, iOne Executive Tiffany Nasralla cites both traffic, declining traffic, and brand safety as primary reasons for not improving contract terms with Nubai.

**Exhibit E**

Documentation and article from December 5, 2021 showing a third of online Black Friday shoppers were fake: **Cybersecurity company CHEQ has revealed that bots and fake users made up 35.7% of all online shoppers this Black Friday**

https://cybermagazine.com/cyber-security/third-online-black-friday-shoppers-were-fake-says-cheq

**Exhibit F**

Yaron Galai comments on fraudulent bot traffic in an AdExchanger article published March 15, 2018.

Are bots a problem on the Outbrain network? **Can Outbrain Move Away From Clickbait?**

**https://www.adexchanger.com/online-advertising/can-outbrain-move-away-from-clickbait/**

We're very good at monitoring and filtering out bots. Bots work very well in display and video, where you can stuff a lot of ads and get paid on a CPM business. It's way more difficult to implement bots in a cost-per-click world because you have to get that user engagement to get paid at all.

Can't you just get the bot to click through? Seems like just a technical challenge.

The fingerprint is much more clear when you have a bot clicking through. So for every 2,000 to 5,000 ads you see, you might engage with one. It's easy to trigger 5,000 ads without looking suspicious. It's very difficult to create many clicks without looking suspicious. It's very different behavior, so it pops up much more clearly.

**Exhibit G**

On January 23, 2023, Nubai Executive emails escalated.io (SIVT specialist IT vendor) with subject line: Waiting on Proposal to fight SIVT-Moguldom.com URGENT

**Exhibit H**

Email thread from Reddit: Sick and tired of bots traffic from Outbrain!

https://www.reddit.com/r/adops/comments/9yh02c/sick_and_tired_of_bots_traffic_from_outbrain/?rdt=63829&onetap_auto=true&show_am=true

I have 30k advertising budget till December and I am targeting US desktop users. The first day of the Outbrain campaign is usually the best and we get referrals from all the top-tier sites like MSN, CNN etc and the next very day the all these sources drop and all the bot traffic sources start sending their traffic. By the time Outbrain has updated their daily statistics I have lost 100s of dollars in bot traffic. There are like 20 sites that are the worst offenders. I have video tracking on through HotJar and their traffic just does nothing on the page. Or they have bots that will always go through exactly two pages.
If I start a new campaign by putting these bot sites in block list then I get absolutely no traffic at all even on the first day.
So far I found 5 porn sites on their site list too.
They only have email customer support which is so slow and ineffective, I wonder how they are in business.
Anybody working with Outbrain, please help!!!

**Exhibit I**

Referenced Article: Brands Have Had Enough. They're Suing Over Ad Fraud

https://fraudblocker.com/articles/brands-have-had-enough-theyre-suing-over-ad-fraud

Ad fraud is a type of online advertising scam in which perpetrators click on ads without having any actual interest in the products or services being advertised. By repeatedly clicking on an advertisement that compensates publishers on a Pay-Per-Click (PPC) basis, the fraudster can potentially accrue large sums of money. This can be done by a bot, a malicious publisher, a competitor, a former employee, etc. at the expense of the advertiser.

Ad fraud has become increasingly prevalent in recent years as online advertising has grown in popularity. This type of fraud is difficult to detect and even more difficult to prosecute, which has made it a major problem for businesses that rely on online advertising for revenue.

In response to this growing problem, some businesses are now suing ad exchanges or individuals responsible for the fraud. These lawsuits allege that the perpetrators knowingly allow scammers to buy ad space and then commit fraud and that they should be held liable for damages caused by the fraud.

# EXHIBIT

# A



# EXHIBIT

# B

**MOGULDOM**                                                    Jamarlin Martin <jmartin@moguldom.com>

### Nubai Ventures/Moguldom Account Status

Omer Geva <ogeva@outbrain.com>                                              Wed, Mar 1, 2023 at 3:45 AM
To: Jamarlin Martin <jmartin@moguldom.com>
Cc: Zahid Iqbal <zahid@moguldom.com>

Hi Jamarlin,

Please accept my apologies if I did not make my point clear.
We never claimed that it was an intentional act.
You can see that we would like to give you credit for this traffic.
We need to investigate, and now that I have the report, we can move forward.

Also, I'm not saying that every publisher that is not Fox News, CNN, etc., will get you a high SIVT.
Outbrain is working with thousands of premium publishers, and our systems block SIVT.
Therefore, we will investigate this case because it isn't normal.

Using the whitelists allows you to buy traffic only from top-performing publishers for **Content Arbitrage clients**, which is the difference between using the whitelists
and not.
As Outbrain is also working with affiliates, brands, agencies, e-commerce, etc., we built a whitelist, especially for players like you.
By doing so, we can avoid traffic from underperforming publishers for **Content Arbitrage clients**.

Best,
Omer

On Wed, Mar 1, 2023 at 10:13 AM Jamarlin Martin <jmartin@moguldom.com> wrote:

Omer,

We are not cancelling anything and are not intentionally targeting or not targeting whitelists. We did block some widgets that had high SIVT. Please leave room that
there are changes going into API from optimizer, we didn't make. Optimizer said they fixed the issue you sent over. It may be better to get on phone call. Whatever
the case, the SIVT right now is getting through above our advertiser requirements, right now. It shouldn't be "select Fox News or CNN or you get high SIVT." If
that's the case, there should be disclaimer like on cigarette packages. How would a publisher know before buying product "beware, buy at your own risk, high
SIVT" without a disclaimer?

JM

On Wed, Mar 1, 2023 at 2:05 AM Omer Geva <ogeva@outbrain.com> wrote:

| Modification Date ⌄ | Setting | Current Value | Previous Value | Modification Type | User |
|---|---|---|---|---|---|
| 2/24/2023 3:34:50 PM | Show In Network | Complete | White List | EDIT | jmartin@nubaiventures.com |

According to the first screenshot, on 24/02 your API changed the White List for Morgan_Jeffrey_CF_OB, and you started buying traffic from those sources.

As you can see in the screenshot below, your publisher mix changed on 24/02 when you canceled our White List.

Before 24/02, you bought only premium traffic thanks to White List.



On Wed, Mar 1, 2023 at 5:05 AM Jamarlin Martin <jmartin@moguldom.com> wrote:
Here is another campaign flagged for HIGH SIVT (38%) and widget ID:

Morgan_Jeffrey_CF_OB

00f6fbf9e2ed1baa5038f13e2c18fcf03f

https://tinyurl.com/2drodgs9

On Tue, Feb 28, 2023 at 5:42 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
Updated report from AY with Outbrain source isolated, attached. Date range is 1/1/2023-2/27. $ section ID is sourced to Outbrain.

On Tue, Feb 28, 2023 at 5:32 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
Got it. Can you look into this campaign that was performing well but we had to shut it off.

Mother_Diversity_Mobile_CF_OB
Mother_Diversity_Mobile_OB

The widget issue appears to be here: 005531106a00746af7d515d354e0b5510d

On mobile CF, SIVT was reported at 12% and the other around 3%.

JM

On Tue, Feb 28, 2023 at 3:10 PM Omer Geva <ogeva@outbrain.com> wrote:
As you can see in the attachment, the UTM was uploaded to all of your campaigns (including section ID), so this is not an Optimizer issue.

It would be great if you could add the referral column so we can filter "**paid.outbrain.com**".

Best,

On Tue, Feb 28, 2023 at 9:42 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
I believe the missing section ID traffic is from outbrain as Optimizer manages outbrain via sections vs widgets. The utm is missing a section ID. Could relate to the below:

Thus, for example, on 10/02/2023 at 07:28, two of the following JSON objects were sent to our servers:

1. **"network":{"type":"PublisherList","selection":[]}** - the empty selection property has removed the AL of top-performing publishers.

2. **"locations":[null]** - this property has removed the US targeting.

We rolled back the settings, but to avoid this from happening again, **please make sure not to send empty properties in the "network" and "location" JASON fields in the future.**

I will follow up on updated list, excluding other sources but keeping the missing section id traffic for now.

Thanks

JM

On Tue, Feb 28, 2023 at 2:15 PM Omer Geva <ogeva@outbrain.com> wrote:

Could you please filter only **Outbrain** traffic?

"$section_id$" does not come from outside. Same as msn-anaheim-us, msn-msn-home, mobitech-tn-launcher, buzzfeedinc-huffpostus, usatodaydemo, etc.

Some of them are Taboola sections (USA Today, Buzzfeed, ...)

The 00a6e23cc6651f52b420739a19303d820a is ours.

Best,
Omer

On Tue, Feb 28, 2023 at 9:03 PM Jamarlin Martin <jmartin@moguldom.com> wrote:

Greetings Omer,

Here you go from AssertiveYield  (Attached) which uses Escalated.io for more detail on SIVT from Outbrain. Jan-2/15 2023.

Notice the heavy SIVT coming from the missing $section_ID$ and **00a6e23cc6651f52b420739a19303d820a**

Thanks

JM

On Tue, Feb 28, 2023 at 1:30 PM Omer Geva <ogeva@outbrain.com> wrote:

As I mentioned earlier, I need to receive a report from you that contains the widget/sections with high SIVT from Jan 1-Feb 15 for the credit.

On Tue, Feb 28, 2023 at 4:25 PM Jamarlin Martin <jmartin@moguldom.com> wrote:

Our engineers are working to bring better widget specific id info into our new sivt monitoring platform. This will take a few days.

Do you have an update on a credit for bad traffic purchased? This has greatly impaired our relationship with our advertising partner and has contributed to loss revenue with them.

JM

On Tue, Feb 28, 2023 at 9:11 AM Jamarlin Martin <jmartin@moguldom.com> wrote:

Greetings Omer,

Thanks for the suggestion below. We have to limit our budget on Outbrain until we get into a better place on SIVT and profitability. Our problems didn't go away with higher cpc and lower profitability. We will look for surgical opportunities to increase max bid caps. We will have to more carefully cap bids for now even if the bids costs scale.

JM

On Tue, Feb 28, 2023 at 8:02 AM Omer Geva <ogeva@outbrain.com> wrote:

Hi Jamarlin,

You set too strict Bid Cap for mobile ($0.03). This limits your campaigns from scaling and buying the top-performing section/widgets and forces you to buy traffic from underperforming sections. The Bid Cap should be set at the highest CPC you are comfortable with (Of course, that doesn't mean it's the bid you will pay). The CPC here is not the average.



And just a quick reminder: I need to get your report regarding the widget/section with high SIVT from Jan 1-Feb 15 for the credit.

Best,
Omer

On Tue, Feb 28, 2023 at 1:45 PM Omer Geva <ogeva@outbrain.com> wrote:
00c8e13c1b4dbd08a35b361af495798fcf - Fox News Politics is one of our top-performing sections.
00b05f198df6c6ce8c9713559d1c64cc8a is an underperforming section from Your DIY (White Hare Media LLC). I blocked it for you.

On Tue, Feb 28, 2023 at 4:01 AM Jamarlin Martin <jmartin@moguldom.com> wrote:
another widget where the SIVT is high:

00b05f198df6c6ce8c9713559d1c64cc8a

On Mon, Feb 27, 2023 at 8:57 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
Got it, which widget id is this: 00c8e13c1b4dbd08a35b361af495798fcf

SIVT is coming back as high on this one

Let us think about the separate account idea.

On Mon, Feb 27, 2023 at 8:35 AM Omer Geva <ogeva@outbrain.com> wrote:
You are running mobile and desktop only but in the same account.

Splitting the account gives you more control over which section you buy for each device.

As an example, one section of CNN may perform better on mobile devices than on desktops, so you may want to exclude it or lower its bid in the Desktop account.

This is the first time we've seen this problem with Optimizer.

On Mon, Feb 27, 2023 at 12:30 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
> Omer,
>
> We should only be running mobile only and desktop only. Do you see something different?
>
> We don't understand why the Optimizer api is causing the empty network issue?  Have you seen this before?
>
>
> JM
>
> On Mon, Feb 27, 2023 at 3:52 AM Omer Geva <ogeva@outbrain.com> wrote:
>> Hi Jamarlin,
>>
>> All of the sections you mentioned are premium from publishers like CNN and Fox News.
>>
>> Regarding the last two, 00ce0f3884e631d59bb7ff9f18f402425f (BasketballNetwork.net) is suitable only for mobile targeting, and 00e0e7a81bc4e71546b76f2e6558d8008c (WRAL) is suitable only for desktop targeting.
>>
>> Due to the empty "network" object, I believe you bought some less-performing sections until I manually changed it.
>>
>> That said, I suggest splitting your account into two: desktop traffic and mobile traffic.
>>
>> Other big players in Outbrain use this method as well. It may help you buy the right sections for each device if you do that.
>>
>> Since your main device in the current account is mobile, I can open a new account for the desktop if you wish.
>>
>> Please let me know if you are interested.
>>
>> Best,
>> Omer
>>
>> On Mon, Feb 27, 2023 at 4:28 AM Jamarlin Martin <jmartin@moguldom.com> wrote:
>>> Good Morning Omer,
>>>
>>> Got it, thanks.
>>>
>>> Our SIVT has materially improved but we're still on the edge with our advertisers compliance policies. Can you have your team investigate this report from Esclalated.io attached a separate view (2/20-26) here:
>>>
>>> https://tinyurl.com/2k9s84ch
>>>
>>> and a less accurate sampled SIVT look by the widget attached as well, last 7 days.
>>>
>>> The below widget were sampled as 3%-4%:
>>>
>>> 008c008cc87ed9fc05c2a00070d487ce57
>>>
>>>
>>> 008078469379c5885737ee7a8f4917f898
>>>
>>> 0031376c038f7d3ee11bedd9dccbb16d5c
>>>
>>> 00ce0f3884e631d59bb7ff9f18f402425f
>>>
>>> 00e0e7a81bc4e71546b76f2e6558d8008c
>>>
>>>
>> On Sun, Feb 26, 2023 at 2:52 AM Omer Geva <ogeva@outbrain.com> wrote:
>>> Hi Jamarlin,
>>>
>>> I hope you are doing well.
>>>
>>> Campaigns "CMG_Gotti_Mobile_Safari_OB" and "Bryant_Herschel_Safari_OB" from yesterday were sent with empty "network" objects.
>>>
>>> I changed it manually.
>>>
>>> I will reach out to our policy team regarding your request.
>>>
>>> Best,
>>> Omer
>>>
>>> On Sat, Feb 25, 2023 at 7:03 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
>>>> Forgot the link:
>>>>
>>>> https://moguldom.com/437943/positive-gym-rat-influencer-joey-swoll-tackles-sexual-harassment-in-americas-gyms/
>>>>
>>>> On Sat, Feb 25, 2023 at 12:01 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
>>>>> Omer,

Can you give some recent examples of empty object campaigns? Zahid, review and make adjustments on your side.

Also, Omer can you see if your policy team can take another look at this, it was rejected but is doing well on another native network, we think it will do better on Outbrain.

Best Regards,

JM

On Tue, Feb 21, 2023 at 12:05 PM Omer Geva <ogeva@outbrain.com> wrote:
Hi Jamarlin,

It appears that you are still uploading **new campaigns** with empty network objects.

I manually changed it.

Best,
Omer

On Mon, Feb 20, 2023 at 5:17 PM Omer Geva <ogeva@outbrain.com> wrote:
Hi Jamarlin,

I hope you are doing well.

Since those changes were made from your side, it takes some time for us to isolate the traffic, but we are still working on it, and I will keep you updated.

Until then, any data from your analytics system, broken down by platform, country, and source, can be useful.

Best,
Omer

On Mon, Feb 20, 2023 at 3:00 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
Greetings Omer,

Thanks so much for your help on the SIVT issue. We have made a great deal of progress. I want to follow up on getting credit for the bad SIVT traffic and the international that went through. We would like Outbrain to isolate the bad widget and SIVT traffic id's and see how much went through from Jan 1-Feb 15. We believe this should be the basis for the credit.

Best Regards,

JM

On Tue, Feb 14, 2023 at 7:27 AM Omer Geva <ogeva@outbrain.com> wrote:
Hi Jamarlin,

I hope you are doing well.

Upon double-checking the traffic issue, we can confirm that this issue is related to the API requests sent from your optimization system.

Thus, for example, on 10/02/2023 at 07:28, two of the following JSON objects were sent to our servers:

1. **"network":{"type":"PublisherList","selection":[]}** - the empty selection property has removed the AL of top-performing publishers.

2. **"locations":[null]** - this property has removed the US targeting.

We rolled back the settings, but to avoid this from happening again, **please make sure not to send empty properties in the "network" and "location" JASON fields in the future.**

Best,
Omer

On Mon, Feb 13, 2023 at 11:12 PM Omer Geva <ogeva@outbrain.com> wrote:
Short update: All your campaigns now target the US and are under the premium allowlist.

Best,
Omer

On Mon, Feb 13, 2023 at 6:38 PM Omer Geva <ogeva@outbrain.com> wrote:
I will escalate your request to my manager and keep you updated.

We are still investigating this case.

On Mon, Feb 13, 2023 at 6:29 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
Omer,

Thank you for helping us with this so quickly. We have relayed this message to Optimizer. Can you consider a credit for the SIVT/non-US traffic? We only market to US traffic and don't know why the geo targeting was changed.

JM

On Mon, Feb 13, 2023 at 10:36 AM Omer Geva <ogeva@outbrain.com> wrote:
Could you please check if when campaigns are created/updated, in the JSON object sent to our servers there is an attribute like the following?

```
"network": \{"type": "PublisherList", "selection": []}
```

Overall, you should remove the whole "network" property (the whole code mentioned above).

On Mon, Feb 13, 2023 at 4:17 PM Omer Geva <ogeva@outbrain.com> wrote:
There were some targeting changes on 10/02 (from the US to WW) and another action that affected your allowlist that we are still investigating.

According to our logs, it came from your API connection.

On Mon, Feb 13, 2023 at 4:11 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
Thanks for the fast response to this very critical issue. We use Optimizer Native and Assertive Yield platforms and they are connected to Outbrain. What type of changes are you seeing?

https://native.theoptimizer.io/

Curious as to how these platforms could influence the SIVT level from Outbrain.

On blocking in-app on new campaigns. Thanks

JM

On Mon, Feb 13, 2023 at 9:05 AM Omer Geva <ogeva@outbrain.com> wrote:
Hi Jamarlin,

Our team has been investigating this since this morning after noticing changes on your end (apparently via the API) from last week.

Could you let me know if you're familiar with this?

On Mon, Feb 13, 2023 at 3:23 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
Good Morning Omer,

We are pausing all desktop marketing, please see below. If you have a SIVT specialist or engineer, we would like to speak to them ASAP:

https://tinyurl.com/2nvsnpp7

Our advertising partners are backing away from us due to the Outbrain SIVT.

JM

On Thu, Feb 9, 2023 at 5:45 PM Omer Geva <ogeva@outbrain.com> wrote:
I will open a ticket as soon as possible.

On Fri, Feb 10, 2023 at 12:43 AM Jamarlin Martin <jmartin@moguldom.com> wrote:
Everything but in-app. Can you confirm when done?

On Thu, Feb 9, 2023 at 5:41 PM Omer Geva <ogeva@outbrain.com> wrote:
In order to get my tech team to do it for you, I need to know which browsers you prefer to target.

On Fri, Feb 10, 2023 at 12:36 AM Jamarlin Martin <jmartin@moguldom.com> wrote:
I see. Thank you

On Thu, Feb 9, 2023 at 5:34 PM Omer Geva <ogeva@outbrain.com> wrote:
If you do not select any browser, you are targeting InApp traffic among other things.

On Fri, Feb 10, 2023 at 12:26 AM Jamarlin Martin
<jmartin@moguldom.com> wrote:

Inapp is not selected on our campaigns but we we triple check

On Thu, Feb 9, 2023 at 5:25 PM Omer Geva <ogeva@outbrain.com>
wrote:

Hi Jamarlin,

For a quick solution, you need to take action by targeting only your
preferred browser and **not selecting InApp**.

I will also contact our tech team to do it in bulk from our end, but it
will take time.

Best,
Omer

On Thu, Feb 9, 2023 at 10:41 PM Jamarlin Martin
<jmartin@moguldom.com> wrote:

Omer,

Can you block all in-app traffic sources on our account? Our
partner is saying the SIVT is coming via app traffic.

JM

On Wed, Feb 8, 2023 at 12:57 PM Omer Geva
<ogeva@outbrain.com> wrote:

Done.

I've blocked it.

On Wed, Feb 8, 2023 at 7:46 PM Jamarlin Martin
<jmartin@moguldom.com> wrote:

Omer,

Are are getting HIGH SIVT from this widget ID:

https://tinyurl.com/2cgnpcnj

**002a30fd091b3c6e51d87bc350bf6cf1a9**

**Can you have your team look at this ASAP AND BLOCK?**

On Thu, Feb 2, 2023 at 3:01 AM Omer Geva
<ogeva@outbrain.com> wrote:
  Great, thanks for the update!

  On Thu, Feb 2, 2023, 09:58 Jamarlin Martin
  <jmartin@moguldom.com> wrote:
    Greetings Omer,

    I appreciate your adjustments. Our engineer is deploying
    a SIVT tool to protect our advertisers tomorrow. We hope
    this will be finished by EOW and we can start ramping up
    again next week.

    Best Regards,

    JM


    On Thu, Feb 2, 2023 at 1:15 AM Omer Geva
    <ogeva@outbrain.com> wrote:
      Hi Jamarlin,

      I hope all is well.

      I'm just checking to see if you got my last email.

      Chrome traffic can be turned on again since we
      blocked those sources.

      Please let me know if you need any more help.

      Best,
      Omer

      On Sun, Jan 29, 2023 at 1:07 PM Omer Geva
      <ogeva@outbrain.com> wrote:
        Hi Jamarlin,

        I hope you are doing well.

        Our investigation has led us to find and block the
        underperforming sources causing your high SIVT
        rate.

        Everything should be fine now, but if this issue
        reappears, please let me know immediately.

        Enjoy your week!

        Best,
        Omer

        On Fri, Jan 27, 2023 at 6:38 PM Jamarlin Martin
        <jmartin@moguldom.com> wrote:
          More info for your team, two Outbrain campaigns
          registering yesterday with 96% SIVT rate

          https://tinyurl.com/2pljqfzq

          On Fri, Jan 27, 2023 at 11:06 AM Jamarlin Martin
          <jmartin@moguldom.com> wrote:
            Additional but incomplete info:

            Most of it is coming from Android App and
            Chrome browser:

            https://tinyurl.com/2nj3w2hm

            I have been trying to block widgets/section in
            Optimizer but the issue has been persistent

            We are now going to block all chrome traffic

            We think there is a vulnerability related to
            Chrome browser and android app traffic that is

being exploited via Outbrain

Another theory is Google Adense "auto ads" feature could be triggering SIVT signals but we aren't sure. We just turned off adsense ads anyway

This SIVT report comes from escalated io

On Thu, Jan 26, 2023 at 2:29 PM Omer Geva <ogeva@outbrain.com> wrote:
> We need more info on what you are seeing that's indicating SIVT, and if it points in the direction of anything.
>
> Also, do you know that those sections you blocked were sending SIVT, or were those blocked based on a guess?
>
> On Thu, Jan 26, 2023, 21:19 Omer Geva <ogeva@outbrain.com> wrote:
>> No, not yet. You are the first one that mentioned something like that.
>>
>> Could you provide some campaign IDs and sources?
>>
>> On Thu, Jan 26, 2023, 21:16 Jamarlin Martin <jmartin@moguldom.com> wrote:
>>> Are you seeing this issue spike with other publishers?
>>>
>>> On Thu, Jan 26, 2023 at 2:15 PM Omer Geva <ogeva@outbrain.com> wrote:
>>>> Hi Jamarlin,
>>>>
>>>> I hope you are doing well.
>>>>
>>>> I'll check it out and keep you posted if any additional information is needed.
>>>>
>>>> Best,
>>>> Omer
>>>>
>>>> On Thu, Jan 26, 2023, 21:03 Jamarlin Martin <jmartin@moguldom.com> wrote:
>>>>> We are blocking widgets based on HIGH SIVT but it's not helping much, SIVT is very high today.
>>>>>
>>>>> Here are the widget ID's:
>>>>>
>>>>> https://tinyurl.com/2n2kk993
>>>>>
>>>>> On Thu, Jan 26, 2023 at 2:02 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
>>>>>> Omer,
>>>>>>
>>>>>> We lowered our spend as can't get a handle on the elevated SIVT. Can you best engineers look into ASAP?
>>>>>>
>>>>>> https://tinyurl.com/2zpujgvb
>>>>>>
>>>>>> One theory is it's our Taboola content widgets but we are not sure.
>>>>>>
>>>>>> We will have to shut down our marketing if we don't hear back.
>>>>>>
>>>>>> JM
>>>>>>
>>>>>>
>>>>>> On Wed, Jan 25, 2023 at 7:40 AM Omer Geva <ogeva@outbrain.com> wrote:
>>>>>>> Glad to hear it!

On Wed, Jan 25, 2023 at 2:39 PM Jamarlin Martin <jmartin@moguldom.com> wrote:

> Thanks for the quick response. We use a platform named Optimizer and we now see there was a glitch showing campaigns disabled. Everything looks fine now, thanks
>
> JM
>
> On Wed, Jan 25, 2023 at 7:37 AM Omer Geva <ogeva@outbrain.com> wrote:
>
>> Hi Jamarlin,
>>
>> I hope you are doing well.
>>
>> Your account has been active since Jan 20th.
>>
>> Could you please share a screenshot of what you are seeing?
>>
>> Thank you,
>> Omer
>>
>> On Wed, Jan 25, 2023 at 2:34 PM Jamarlin Martin <jmartin@moguldom.com> wrote:
>>
>>> Good Morning Omer,
>>>
>>> We notice our Outbrain account was disabled. Can you advise ASAP?
>>>
>>> JM
>>>
>>> --
>>> **Jamarlin Martin**
>>> Founder and CEO
>>> Nubai Ventures Inc.
>>> Moguldom.com
>>> Wells Fargo Plaza
>>> 333 SE 2nd Ave #2000
>>> Miami, FL 33131

--
Omer Geva
Account Manager
ogeva@outbrain.com I m: +972-52-2929106

Outbrain

The above terms reflect a potential business arrangement, are provided solely as a basis for further discussion, and are not intended to be and do not constitute a legally binding obligation. No legally binding obligations will be created, implied, or inferred until an agreement in final form is executed in writing by all parties involved.

This email and any attachments hereto may be confidential or privileged.  If you received this communication by mistake, please don't forward it to anyone else, please erase all copies and attachments, and please let me know that it has gone to the wrong person. Thanks.

--

# EXHIBIT

# C

MOGULⴱOM

Jamarlin Martin <jmartin@moguldom.com>

## Moguldom January 2023 Campaigns

**Jasmine Lin** <jlin@bhmdigital.com>                                        Thu, Jan 12, 2023 at 5:36 PM
To: Jamarlin Martin <jmartin@moguldom.com>
Cc: iOne Publisher <Publisher@ionedigital.com>

Hello JM,


We are seeing you inventory being flagged for high IVT. It seems to be coming from mobile apps. Please exclude mobile app traffic from our campaigns and confirm.


Thanks,

Jasmine

# EXHIBIT

# D

MOGULＤOM                                           Jamarlin Martin <jmartin@moguldom.com>

## Affiliate Agreement-Moguldom

**Tiffany Nasralla** <tnasralla@bhmdigital.com>                    Wed, Feb 22, 2023 at 12:45 PM
To: Jamarlin Martin <jmartin@moguldom.com>
Cc: Jasmine Lin <jlin@bhmdigital.com>

Hi Jamarlin,

I hope all is well and that you're having an amazing week!

Thank you for the note.

Unfortunately we are unable to move forward with a higher rev share at this time.

Most recently, we've seen traffic declines as well as significant increases in bot traffic and lower brand safety.

We appreciate the continued partnership and would love to continue working together beyond April 28, 2023.

If you are amenable to our existing terms, we can have our team draft an agreement for your review.

Best,

Tiffany
--

**Tiffany Nasralla**
Chief Revenue Officer

C. 714.390.1053

E. tnasralla@bhmdigital.com

[Quoted text hidden]

[Quoted text hidden]

# EXHIBIT

# E

Article    Cyber Security

# Third of online Black Friday shoppers were fake says CHEQ

By **Vikki Davies**

December 05, 2021    3 mins



**Cybersecurity company CHEQ has revealed that bots and fake users made up 35.7% of all online shoppers this Black Friday.**

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.  **Cookie Policy**

**Cookies Settings**

Reject All

Accept All Cookies

eCommerce sites were found to be particularly vulnerable, with high exposure to carding attacks, chargeback fraud, data breaches, fake sign-ups and other types of disruptive activities.

Guy Tytuniovich, CHEQ's CEO says: "Fake website traffic is a year-round problem, but this Black Friday we've seen a real sharp spike in the online retail sector.

"This is not a huge surprise to us, given the increase in eCommerce activity, a trend accelerated by the global pandemic. Ultimately, cyber crime follows the money, especially in sectors where business activity is on the rise."

With retailers typically spending as much as $6 billion on Black Friday marketing, while also being exposed to financial fraud, skewed data and lost revenue, CHEQ estimates that damage to businesses on this Black Friday could surpass $1.2 billion.

The estimates are derived from CHEQ's recent report covering the cost of fake traffic to online business. Lior Frenkel, Chairman of the Israel Cybersecurity Forum, who co-authored the study, added that: "Within digital marketing and ecommerce, it is evident that this rise in adversaries' cyber capabilities is resulting in direct, and evident revenue loss to businesses across the globe."

*CHEQ    CYBERSECURITY    CYBERCRIME    CYBERATTACK*

SHARE

**in**                    🐦                              𝟬                    ✉️

**RELATED**CONTENT

## Canonical unveils Ubuntu 23.10 to enhance device encryption

Application Security

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.  **Cookie Policy**

# EXHIBIT

# F

 

Subscribe  Sign In →

HOME » ONLINE ADVERTISING

ADVERTISEMENT

ONLINE ADVERTISING

# Can Outbrain Move Away From Clickbait?

 By Ryan Joe

THURSDAY, MARCH 15TH, 2018 – 12:35 AM          SHARE:

Much has changed since Outbrain was founded in 2006. Clickbait is no longer in favor but supply chain hygiene is, your in-laws are sharing fake news and whenever Facebook stirs, many of the little pubs worry about getting crushed.



But Outbrain seems to still be going strong. Co-CEO and co-founder Yaron Galai declined to share financials but said, "We are happy with them." In the meantime, he's personally overseeing Sphere, a product that gets away from the familiar cost-per-click (CPC) model.

**Yaron Galai,**
**Cofounder and CEO**



Don't call it a directional change yet. Sphere launched mid-February with five partners – CNN, Meredith (including Time Inc.), Fox, Penske and Getty. It's billed as a network for premium pubs, meaning that instead of recommending slideshows of celebrities who didn't age well, it will show personalized content to drive engagement for participating publishers.

AdExchanger spoke with Galai.

ADVERTISEMENT

**AdExchanger: How has Outbrain adapted as sourced traffic came under fire?**

YARON GALAI: Most of our buyers are actually marketers looking to get the right audience into their content. I understand the criticism of paying for traffic. But the value in the cost-per-click world is that you only get people to click on content if it's valuable enough.

**Facebook has been hit with criticism because of the content on its site. Does Outbrain have to be wary?**

[Driving clicks is] a great proxy for people's interest. On the other hand, it shows the value of the headline, not the content itself. The industry will move to look at the engagement after the click and not the click itself.

**Fake news is engaging, though. Have you had to crack down?**

We constantly monitor our network. We probably coined the term fake news back in 2011 or '12. We completely blocked it and got rid of 25% of our revenue at the time.

The problem is concentrated with social networks like Facebook. By connecting a very small feed of paid fake news, you can get a lot of social sharing and that is what the fake newsers are interested in: the additional impact, which is free. With Outbrain, all of the traffic is paid for. The incentive is not there.

**Sphere's marketing copy encourages publishers to leave the Facebook ecosystem. Can Outbrain compensate for the traffic that publishers lost when Facebook changed its algorithm?**

**AdExchanger Daily**

SUBSCRIBE

Get our editors' roundup delivered to your inbox every weekday.

 **DAILY ROUNDUP** ▸

 **Facebook Doesn't Want Your Money; The Times Backtracks On In-App Programmatic**

In The Publisher's Kitchen

Sphere is less than a month old. It'll take time before we completely replace the reliance on Facebook. But Outbrain, as a platform, reaches about 1 billion users every month, so it's at Facebook's scale. It's a matter of building up Sphere distribution.

**How many publishers should be in Sphere by the end of 2018 for it to be considered a success?**

The success metric for us is the quality of the recommendations and the engagement with users of that content. It's baby steps.

**Why develop Sphere?**

Users weren't always getting the best recommendations, partially because there is a bidding system behind the scenes. We're trying to build a content recommendation engine that always optimizes for users and

personalization. Cost-per-click is something we did away with in Sphere. We're looking at longer-term engagement of the user as a proxy for what they found to be interesting.

**And that proxy is whether they click beyond the landing page**

That's the only piece of data we're looking at in terms of whether people found the content to be engaging.

**Isn't there value in bidding? Certain audiences are more valuable to certain publishers.**

There is. The flip side of it, which we're seeing with Facebook, is if you can get your click-through rate to be high, you can bid down. You can go really low with the CPC. That incentivizes clickbait. That impact is really negative on Facebook and the entire industry.

**How are you feeling about GDPR?**

We're very active around GDPR, and we'll be fully compliant by May. In general, I think GDPR is a very good thing.

**To what extent is it possible to prepare for GDPR? It seems like the EU lawmakers are still figuring it out.**

With any big change like that, there's going to be a lot of figuring it out in the first few months, and we'll get smarter and smarter. But the intent and spirit is clear.

**Are bots a problem on the Outbrain network?**

We're very good at monitoring and filtering out bots. Bots work very well in display and video, where you can stuff a lot of ads and get paid on a CPM business. It's way more difficult to implement bots in a cost-per-click world because you have to get that user engagement to get paid at all.

**Can't you just get the bot to click through? Seems like just a technical challenge.**

The fingerprint is much more clear when you have a bot clicking through. So for every 2,000 to 5,000 ads you see, you might engage with one. It's easy to trigger 5,000 ads without looking suspicious. It's very difficult to create many clicks without looking suspicious. It's very different behavior, so it pops up much more clearly.

**There are a lot of content recommendation companies. Will the ecosystem consolidate?**

Outbrain invented the space and we've been the leader since we've invented it. There's been quite a few companies who've taken inspiration from Outbrain and look fairly similar. It's a multibillion-dollar market. We believe there's room for everybody. We've acquired companies to date, but those have been acquisitions of things we want to build out.

**Do you see yourself acquiring a competitor like Taboola and becoming a mega-network?**

We are a mega-network and we're happy with our size and growth. We're not looking to make any of those. If our history is any indication, all of our acquisitions have been about technologies we want to add, like the Zemanta acquisition.

*The interview has been edited and condensed.*

**NEXT IN** ONLINE ADVERTISING ▶

## How The Ad Tech Underbelly Helped Newsweek Media Group Buy Bots

ADVERTISEMENT

**RELATED STORIES** ▶



ONLINE ADVERTISING

## What Does "Premium" Mean, Anyway?

# EXHIBIT

# G

MOGUL⊃OM                                    Jamarlin Martin <jmartin@moguldom.com>

## Waiting on Proposal to fight SIVT-Moguldom.com URGENT

**Jamarlin Martin** <jmartin@moguldom.com>                Tue, Jan 24, 2023 at 11:12 AM
To: support@escalated.io
Cc: Jamarlin Martin <jmartin@nubaiventures.com>

Greetings,

I spoke with a representative about a SIVT solution for Moguldom.com yesterday and was hoping to see a proposal and deploy the solution ASAP. Please advise.

JM

--
Jamarlin Martin
Founder and CEO
Nubai Ventures Inc.
Moguldom.com
Wells Fargo Plaza
333 SE 2nd Ave #2000
Miami, FL 33131

# EXHIBIT

# H



r/adops · 5 yr. ago
berserk_sama

# Sick and tired of bots traff

I have 30k advertising budget till December and I [...] in
campaign is usually the best and we get referrals [...]
very day the all these sources drop and all the bot [...]
Outbrain has updated their daily statistics I have lo[...]
There are like 20 sites that are the worst offenders [...]
just does nothing on the page. Or they have bots that will always go through exactly two pages.
If I start a new campaign by putting these bot sites in block list then I get absolutely no traffic at all even on the first day.
So far I found 5 porn sites on their site list too.
They only have email customer support which is so slow and ineffective, I wonder how they are in business.
Anybody working with Outbrain, please help!!!

⬆ 20 ⬇     💬 54     ⬆ Share

Sort by:  Best ⌄

＋ Add a Comment

**Do_you_like__bread** · 5 yr. ago

Can we start a google sheet of sites to exclude? I'd have more than a few contributions.

⬆ 12 ⬇   💬 Reply   ⬆ Share   ···

⊕ 20 more replies

**moorsh** · 5 yr. ago

It might not necessarily be bots. The low quality sites usually place their widgets in a way that gets a lot of accidental clicks and Outbrain is further optimizing the volume from them since they have high CTR.

⬆ 8 ⬇   💬 Reply   ⬆ Share   ···

⊕ 1 more reply

**saomonella** · 5 yr. ago

Just my gut feeling. But I think the entire recommendation engine type ad business is all fake and bot run. Who clicks on ads like that?

             Log in

 **IFixTheMacros** · 5 yr. ago

Block the bots, not the sites.

⬆ 4 ⬇    💬 Reply    ↗ Share    ···

⊕ 6 more replies

 **adrewf** · 5 yr. ago

In the beginning, the campaign is in "learning phase", meaning you're getting impressions from all network. When their algorithm figures out your ads' CPM, it continues to show your ads on lower quality pubs if you are not competitive enough. That's when higher CPC really makes difference.

Or you'll need to increase the CTR and get higher CPM without increasing the CPCs. You're able to block sections/publishers on account level - once you see some source is pure garbage, just block it account-wise.

Also, be sure to exclude OEN traffic, unless you have a huge budget and really know how things are working.

I want to be completely frank with you - their traffic quality is very good.

Once you cut the shady sources, you're all set (of course some junk domains will pop up here and there, but that's not something you should be worried about).

I will be happy to help if you guys have any questions.

⬆ 6 ⬇    💬 Reply    ↗ Share    ···

⊕ 8 more replies

**EverybodyLoveBots** · 5 yr. ago

Everyone loves bots.

⬆ 2 ⬇    💬 Reply    ↗ Share    ···

⊕ 1 more reply

 **KarmaCollecting** · 5 yr. ago

I find Outbrain's sales team to be some of the most responsive in the industry. If you can get yourself in touch with one, they can help you come up with a WL for your vertical.

I've tried interest, look-alike, 3rd party data segments and RON targeting. A whitelist always gives us the best combination of scale and CPA/ROI.

If you get to a point where you're getting RON to work, block those arb sites. They're the worst. And make sure you apply those blocks at the account level and not the campaign level.

  

Log In

**islandGuy495** · 5 yr. ago

If you are properly leveraging OutBrain or any content rec network for traffic acquisition, 80-90% of your traffic should be coming from obvious tier 1 sources (MSN, FoxNews, AOL/HuffPost etc). If your campaigns are only getting approved for tier2/low-brow distribution then you need to get w/ your account rep to understand why. If the bulk of your traffic is coming from no-name joe shmo.com's then yeah -- you need to dig in.

⬆ 2 ⬇   💬 Reply   ⬆ Share   ···

⊕ 1 more reply

**OutbrainSocial** · 5 yr. ago

Hi there! My name is Sam and I work on the Customer Success team here at Outbrain. We take fraud very seriously. We are happy to look into individual cases to make sure there is zero fraud! We've sent you a private message to get in touch with our Support team (support@outbrain.com), so we can do a full investigation of suspicious traffic. Thanks so much!

⬆ 1 ⬇   💬 Reply   ⬆ Share   ···

⊕ 2 more replies

**[deleted]** · 5 yr. ago

# More posts you may like

 r/SEO

Google Is No Longer A Search Engine

325 upvotes · 156 comments

 r/juststart

I have "survived" 20 years doing this after dropping out of college. (Personal story)

271 upvotes · 40 comments

⟲ r/PPC

Google Ads isn't an auction. Last time I mentioned it on this sub, I was downvoted.

168 upvotes · 87 comments

TOP POSTS

 

Log In

 Reddit

**reReddit: Top posts of November 2018**

 Reddit

**reReddit: Top posts of 2018**

# EXHIBIT



Home  ›  Articles  ›  Posts  ›  Brands Have Had Enough. They're Suing Over Ad Fraud.

# Brands Have Had Enough. They're Suing Over Ad Fraud.

📅 July 1, 2022



Ad fraud is a type of online advertising scam in which perpetrators click on ads without having any actual interest in the products or services being advertised. By repeatedly clicking on an advertisement that compensates publishers on a Pay-Per-Click (PPC) basis, the fraudster can potentially accrue large sums of money. This can be done by a bot, a malicious publisher, a competitor, a former employee, etc. at the expense of the advertiser.

Ad fraud has become increasingly prevalent in recent years as online advertising has grown in popularity. This type of fraud is difficult to detect and even more difficult to prosecute, which has made it a major problem for businesses that rely on online advertising for revenue.

In response to this growing problem, some businesses are now suing ad exchanges or individuals responsible for the fraud. These lawsuits allege that the perpetrators knowingly allow scammers to buy ad space and then commit fraud and that they should be held liable for damages caused by the fraud.

Here are some recent examples.

## Uber sued 5 exchanges for fabricating reports to hide fraudulent ads -- and it won

In December 2019, Uber filed a lawsuit against five ad networks – Fetch, BidMotion, Taptica, YouAppi, and AdAction Interactive – and 100 additional mobile companies for allegedly wasting millions of dollars on "low-quality or fraudulent" ads.

The app-based taxi-hailing service has previously filed a similar lawsuit against their Agency of Record, Fetch, but it refiled the suit and added the new ad networks list above which marketing watchdogs have presumed are the sub-publishers that Uber claims its ad networks partnered with to create fraudulent traffic.

According to Uber, its ads were not converting, and after further experimentation, the transport network found that a full two-thirds of its ad budget – $100 million – wasn't needed. As a result, Uber is seeking unspecified damages from the five ad networks named in the lawsuit.

In January 2021, Uber won a separate lawsuit against Phunware Inc. where their Uber app installations were largely falsified. Here's direct quotes from the lawsuit (bold emphasis is our own).

*As confirmed in discovery, most of the Uber app installations that Phunware claimed to have delivered* **were generated by a fraudulent process known as "click flooding,"** *which reports a higher number of clicks than those occurring.*

*Two former Phunware employees had conducted an internal investigation discovering that* **Phunware had falsely billed Uber for ad clicks they did not deliver.** *But Phunware continued its fraudulent practices. As evidenced in discovery, a widescale culture of fraud continued for many months. For example, in an email sent on Oct. 31, 2016, a Phunware employees wrote: "Guys it's... time to spin some more BS to Uber to keep the lights on.*

*To compound matters further, it was discovered that Phunware had placed Uber's ads on pornographic websites, in direct violation of its contract and advertising standards. Even worse, Phunware attempted to cover this up as well* **by falsifying reports,** *which made it appear as if the ads were placed on legitimate, non-pornographic sites instead."*

Uber is seeing first-hand the impacts of fraud on their budgets and is taking aggressive action to fix the problem (you can just use Fraud Blocker to help)

## App developers sued for "click injection fraud"

In August 2019, Facebook filed a lawsuit against two app developers – LionMobi and JediMobi – for click injection fraud. The developers had made apps available on the Google Play store, which infected their users' phones with malware. This malware worked in the background of the user's device and clicked on Facebook ads without the user's knowledge. When Facebook detected the misuse of its Audience Network, the company banned the two developers from using its ads before suing them.

In its lawsuit, Facebook alleged that LionMobi and JediMobi engaged in a "deceptive and malicious scheme" to defraud advertisers. The two companies used software to create fake clicks on Facebook ads and then collected payments from the advertisers based on those clicks.
Facebook estimated that the developers had defrauded advertisers out of "tens of millions of dollars."

## 🖼️ Facebook Ads sued for over-inflated reach numbers due to fake accounts

A group of advertisers sued Facebook in a filed a class-action lawsuit over the social media company's "inflated" reach estimates. The suit, filed in 2016, claimed that Facebook had overstated its monthly active user (MAU) count by as much as 50 million users. This meant that advertisers were paying to reach a larger audience than actually existed on the platform.

In 2019, Facebook agreed to a $40 million settlement of the suit.

The lawsuit highlights the importance of accurate user metrics for social media platforms. Inflated reach estimates can lead to advertisers paying more than they should for their ads, and this can ultimately damage the platform's reputation.

## Criteo sues over "counterfeit click fraud scheme"

Criteo, a display advertising network, filed a lawsuit that alleges rival firm SteelHouse (now rebranded as "MNTM") ran a "counterfeit click fraud scheme." Criteo says it lost a client after SteelHouse made the shoe retailer TOMS perform a head-to-head comparison between ad tech vendors' products. Both companies place ads by "retargeting" – dropping a cookie on a user's browser when they have visited a website.

Criteo's lawsuit alleges that SteelHouse used "bots and other automated means" to generate fake clicks on TOMS' ads, which led the retailer to believe that Criteo's product was less effective than SteelHouse's. SteelHouse is accused of using the method to fraudulently promote to customers that it "consistently outperformed" Criteo in head-to-head comparisons, resulting in an important business loss for Criteo.

Criteo is seeking unspecified damages from SteelHouse.

## Improve your ad performance by automatically blocking bad traffic

Fraud Blocker is an independent click fraud service that detects and blocks bots, malware and other invalid traffic sources in real-time, 24/7.

We enable you to block ad fraud and quickly improve the quality of your traffic and leads, resulting in a significant boost to your ad campaign's efficacy. Fraud Blocker employs unique and sophisticated algorithms to identify fraudulent practices and automatically block undesirable traffic sources. That means you won't have to waste time or money trying to figure out which traffic sources are genuine. An advanced ad protection solution is necessary for today's time to utilize your ad budget the most effectively and save yourself from hefty losses due to ad fraud.



More from Fraud Blocker



## Instagram Spam Bots: Here's How To Stop The Madness

95 million Instagram accounts are fake. See how spam bots have taken over and learn how to stop them.

**Read Full Article →**

