UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN J. MARTIN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> OUTBRAIN INC., et al., <br><br> Defendants. | 23-CV-9204 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

Plaintiff Ben J. Martin appears *pro se* and asserts claims for damages on behalf of himself and Plaintiff Nubai Ventures Inc. ("Nubai"). An order issued October 27, 2023, directed Plaintiff Martin to file a notice of appearance or declaration as to why Plaintiff could assert claims on behalf of Nubai by December 1, 2023. No such declaration or appearance was filed.

It is hereby **ORDERED** that Plaintiff Martin shall file the required notice of appearance or declaration with respect to Nubai as soon as possible and no later than **December 15, 2023.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 4, 2023
       New York, New York

                                              DALE E. HO
                                  United States District Judge