UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN J. MARTIN, et al.,

                    Plaintiffs,

-against-

OUTBRAIN INC., et al.,

                    Defendants.

23-CV-9204 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    Plaintiff Ben J. Martin appears *pro se* and asserts claims for damages on behalf of himself and Plaintiff Nubai Ventures Inc. ("Nubai"). An order issued October 27, 2023, directed Plaintiff Martin to file a notice of appearance or declaration as to why Plaintiff could assert claims on behalf of Nubai. *See* ECF No. 3. An order issued December 5, 2023, extended the deadline to file these materials to December 15, 2023. *See* ECF No. 4. On December 11, 2023, Plaintiff filed a motion seeking an extension of ten additional business days. *See* ECF No. 5.

    It is hereby **ORDERED** that Plaintiff's application is **GRANTED.** Plaintiff shall file the required notice of appearance or, alternatively, declaration by **January 5, 2024.**

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 5.

SO ORDERED.

Dated:  December 12, 2023
            New York, New York

                                            DALE E. HO
                                      United States District Judge