UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BEN J. MARTIN, et al.,

                      Plaintiffs,

- v -

OUTBRAIN INC., et al.,

                      Defendants.

---------------------------------------------------------------x

Case No.: 23-CV-9204 (DEH)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action without prejudice.

Dated: New York, New York
       February 14, 2024

**PARKER POHL LLP**

By:    */s/ David M. Pohl*
       David M. Pohl (DP-8609)

99 Park Avenue, Suite 1510
New York, New York 10016
(212) 202-1614
(646) 924-3100 (fax)
david.pohl@parkerpohl.com

*Attorneys for Plaintiffs*